IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 65, 66, 67, 70, 72, 73, 75, 78, 83, 84, 89, 90, 91, 100, 109, 110, 118, 122, 126, 131, 132, 134, 141, 142, and 145,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2013.**

    Plaintiff's Motion to Withdraw Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference [filed May 3, 2013; docket #11] is **granted**. Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference [filed May 2, 2013; docket #4] is **withdrawn**.

    Plaintiff's Motion to Amend Captions [filed May 3, 2013; docket #9] is **denied as moot**. The Clerk of the Court will change the caption to conform to the Amended Complaint filed at docket #10.