IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 65, 66, 67, 70, 72, 73, 75, 78, 83, 84, 89, 90, 91, 100, 109, 110, 118, 122, 126, 131, 132, 134, 141, 142 and 145,

    Defendants.

## ORDER

In accordance with the Dismissal of Doe Nos. 90 and 131 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 28), it is

ORDERED that Doe Nos. 90 and 131 are **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  July 1, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge