IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 65, 66, 67, 70, 72, 73, 75, 78, 83, 84, 89, 91, 100, 109, 110, 118, 122, 126, 132, 134, 141, 142 and 145,

    Defendants.

## ORDER

    In accordance with the Notice of Dismissal of Doe Nos. 67, 84, 132, 141, and 142 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 31), it is

    ORDERED that Doe No. 84 is **DISMISSED WITHOUT PREJUDICE**, and Doe Nos. 67, 132, 141, and 142 are **DISMISSED WITH PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

    Dated:  July 18, 2013

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge