IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 65, 66, 70, 72, 73, 75, 78, 83, 89, 91, 100, 109, 110, 118, 122, 126, 134, and 145,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Doe Nos. 110 and 122 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 33), it is

ORDERED that Doe No. 110 is **DISMISSED WITHOUT PREJUDICE**, and Doe No. 122 is **DISMISSED WITH PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  August 6, 2013

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Senior United States District Judge