IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DONALD BIBY,
BILL YATES,
and JESUS SANCHEZ,

    Defendants.

## ORDER

In light of the filing of the Amended Complaint with three named Defendants (ECF No. 37), it is

ORDERED that Plaintiff's Dismissal of Does Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(i) filed on August 14, 2013 (ECF No. 36) is **MOOT**.

Dated:  August 14, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge