IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01172-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DONALD BIBY,
BILL YATES,
and JESUS SANCHEZ,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Defendant Bill Yates Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 23, 2013 (ECF No. 67), it is

ORDERED that Defendant Bill Yates is **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  December 29, 2013

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge